# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | | **CRIMINAL COMPLAINT** |
|---|---|---|---|
| V. | | | |
| **Roxanne Lopez** | | **PRINCIPAL** | Case Number: |
| A202 087 674 | YOB: | 1977 | **M-14-1741-M** |
| United States | | | |

United States District Court
Southern District of Texas
**FILED**
SEP 0 5 2014
**Clerk of Court**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 4, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

(*Track Statutory Language of Offense*)

**knowing or in reckless disregard of the fact that Reynaldo Cedillo-Hernandez, citizen and national of Mexico, along with two (2) other undocumented aliens for a total of three (3), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said alien in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 4, 2014, Border Patrol Agent (BPA) B. Boyd was conducting patrol duties in Mission, Texas near the Rio Grande River. BPA R. Rodriguez was also on patrol and noticed a maroon Mercury Grand Marquis drive south from the levee towards the River. Agents had previously encountered a maroon Grand Marquis in the same area which led to a bailout where no subjects were apprehended. BPA Boyd responded to the traffic and positioned himself in a location where he had observations of the Grand Marquis. As he parked, he immediately noticed three subjects running from the River area towards the Grand Marquis. The three subjects then approached the car and attempted to enter through the passenger door. BPA Boyd immediately drove in their direction since he suspected the subjects had just made an illegal entry into the U.S.

**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*/s/ Approved by Joseph Leonard/*

*/s/ signature/*
Signature of Complainant

**Frediberto Hernandez   Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 5, 2014**                       at   **McAllen, Texas**
Date                                                      City and State

**Dorina Ramos           , U. S. Magistrate Judge**      */s/ Dorina Ramos/*
Name and Title of Judicial Officer                       Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-1741-M

RE:     Roxanne Lopez                                          A202 087 674

**CONTINUATION:**

BPA Boyd suspected the driver, later identified as Roxanne Lopez, of the Grand Marquis locked the doors and did not let the subjects in since she saw the Border Patrol unit approaching. When the subjects saw the patrol unit, they quickly turned their backs to the car and began walking away to some nearby public bathrooms. The three subjects were interviewed and admitted to being illegally present in the U.S. Lopez was also interviewed and she claimed to be a United States citizen. A passenger was also in the car and he also stated he was a United States citizen. Based on the observations, all of the subjects were transported for further questioning and processing. At the station, records revealed Lopez has been encountered by Border Patrol on numerous occasions. On February 16, 2006, she was a passenger in a 2 on 3 Administrative Smuggling case at the Sarita Checkpoint. On January 19, 2006, she was a driver in a 2 on 1 Administrative Smuggling case at the Falfurrias Checkpoint. On January 12, 2006, she was a driver in a 2 on 1 Administrative Smuggling case at the Sarita Checkpoint. On October 18, 2004, she was a driver of a vehicle carrying 16 pounds of marijuana concealed in the rear bumper at the Falfurrias checkpoint. On June 4, 2004, she was the driver in a 1 on 1 Administrative Smuggling case at the Sarita Checkpoint. On October 14, 2003, she was the driver in a 2 on 4 Administrative Smuggling case at the Sarita Checkpoint. On May 14, 2001, she was the driver in a 1 on 2 Administrative Smuggling case at a Border Patrol Checkpoint on Interstate 35. Lopez was not prosecuted in any of the noted cases. Based on a material witness statement and her own admission, Lopez was linked to alien smuggling in this case.

**Principal Statement:**

Roxanne Lopez was read her Miranda Rights and agreed to provide a statement. Lopez stated at the time of her arrest, she was at La Lomita to pick up three subjects. She further stated she works for a person known as "Tachi" and he lives in Mission. Lopez admitted she has been apprehended approximately six times for alien smuggling but has not been convicted. She added she arrived to pick up the three subjects but saw Border Patrol so she locked the car doors so they could not get in. Lopez admitted she was going to be paid $200 per person to transport them to the Jack in the Box in McAllen. From there, she stated somebody else will pick them up and transport them to a stash house.

**Material Witness Statement:**

Reynaldo Cedillo-Hernandez claimed to be a citizen of Mexico and illegally entered into the U.S. He stated before he made entry, someone told them the load vehicle was going to be a red four door car. After they made entry, they observed a red four door sedan park near the public bathrooms so they ran towards it. Cedillo then pulled on the handle to enter but the door was locked. He then observed a Border Patrol vehicle approaching them. Shortly after, they were arrested.